# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2727
_____

United States of America

*Plaintiff - Appellee*

v.

Kenee L. Triplett

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: June 21, 2022
Filed: June 28, 2022
[Unpublished]
_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.
_____

PER CURIAM.

Kenee Triplett appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and has filed

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the criminal history calculation and the substantive reasonableness of the sentence.

Upon careful review, we conclude that the district court did not err in calculating Triplett's criminal history. <u>See</u> <u>United States v. Townsend</u>, 408 F.3d 1020, 1022 (8th Cir. 2005). We also conclude that the sentence is not substantively unreasonable, as the court properly considered relevant factors and did not clearly err in weighing the appropriate factors. <u>See</u> <u>United States v. Peithman</u>, 917 F.3d 635, 653 (8th Cir. 2019); <u>United States v. Garcia</u>, 946 F.3d 413, 419 (8th Cir. 2019); <u>United States v. Farmer</u>, 647 F.3d 1175, 1179 (8th Cir. 2011).

We have also independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, we grant counsel's motion to withdraw, and we deny Triplett's motion for appellate counsel as moot.

_____